946 P.2d 464

**Charles Lamar MILLER/Maricopa County Public Defender**

v.

**Hon. Michael WILKINSON–Mar Co Sup Ct/State ex rel Romley.**

No.  CV–97–0349–PR.

Supreme Court of Arizona.

Oct. 21, 1997.

ORDERED: Petition ·for Review DENIED.